NUMBER 13-06-628-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________________


CHARLES MULKEY, JR., Appellant,


v.



TEXAS DEPARTMENT OF CRIMINAL JUSTICE - 

CORRECTIONAL INSTITUTIONS DIVISION, ET AL., Appellees.

_________________________________________________________________


On appeal from the 343rd District Court


of Bee County, Texas.


_________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, CHARLES MULKEY, JR., perfected an appeal from a judgment
entered by the 343rd District Court of Bee County, Texas, in cause number B-05-1514-CV-C. The clerk's record was filed on March 22, 2007. The reporter's record
was filed on January 9, 2007. Appellant's brief was due on April 25, 2007. To date,
no appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On June 7, 2007, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. The Court's
letter was returned, and the Court was informed by prison officials that the inmate had
been released from custody and had not left a forwarding address.

 Accordingly, because appellant has failed to file a proper appellate brief and has
not provided us with any other means of contacting him, the Court is of the opinion
that the appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 23rd day of August, 2007.